## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANK MENSAH, | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| vs. | ) | 8:03CV80 |
| | ) | |
| RENT-A-CENTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| TAJI GLASS, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | 8:04CV199 |
| | ) | |
| vs. | ) | |
| | ) | |
| RENT A CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's motion to extend (Filing No. 86 in 8:03CV80) and the joint motion for extension of time (Filing No. 101 in 8:04CV199). The defendant has notified the court that it has no objection to an extension of time. Upon consideration,

**IT IS ORDERED:**

1. The plaintiff's motion to extend (Filing No. 86 in 8:03CV80) and the joint motion for extension of time (Filing No. 101 in 8:04CV199) are granted.

2. Counsel for the parties shall confer on a reasonable amount to be awarded and, if there is agreement, shall file **on or before July 22, 2005,** a stipulation of the costs and fees to be awarded. In the event the parties fail to reach an agreement, the defendant may file **on or before July 22, 2005,** an application for the award of the costs and fees accompanied by an affidavit of such costs and fees, pursuant to NECivR 54.3 and 54.4. The plaintiff, Frank Mensah, shall have **until on or before August 5, 2005,** to respond to the defendant's application. Thereafter, the issue of costs and sanctions will be deemed submitted and a written order entered.

DATED this 12th day of July, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge