IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FRANK MENSAH,** | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| vs. | ) | 8:03CV80 |
| | ) | |
| **RENT-A-CENTER, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| **TAJI GLASS, et al.** | ) | |
| | ) | |
| Plaintiffs, | ) | 8:04CV199 |
| | ) | |
| vs. | ) | |
| | ) | |
| **RENT A CENTER,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motions of defendant Rent-A-Center, Inc., to extend the time to file pretrial non-expert witness disclosures in each of the above captioned matters (Filing No. 96 in 8:03CV80 and Filing No. 111 in 8:04CV199). Upon representation from the defendant's counsel that the plaintiffs' counsel do not oppose the motions, the motions are granted.

**IT IS SO ORDERED.**

DATED this 1st day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate