**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **FRANK MENSAH,** | ) | |
| | ) | **ORDER** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | 8:03CV80 |
| | ) | |
| **RENT-A-CENTER, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |
| **TAJI GLASS,** | ) | |
| **JOHN DOES and JANE DOES,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | 8:04CV199 |
| | ) | |
| vs. | ) | |
| | ) | |
| **RENT A CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the defendant's Motions to Strike (Filing No. 110, in case 8:03CV80 and Filing No. 124, in case number 8:04CV199). The defendant seeks to strike its own non-expert witness disclosures, Document No. 108 in Case No. 8:03CV80 and Document No. 122 in Case No. 8:04CV199, as documents were inadvertently filed in error. Upon consideration,

**IT IS ORDERED:**

1. The defendant's Motions to Strike (Filing No. 110, in case 8:03CV80 and Filing No. 124, in case number 8:04CV199) are granted.

2. The Clerk of Court shall strike Document No. 108 in Case No. 8:03CV80 and Document No. 122 in Case No. 8:04CV199.

DATED this 10th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge