IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANK MENSAH, | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:03CV80 |
| | ) | |
| RENT-A-CENTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| TAJI GLASS, | ) | |
| JOHN DOES and JANE DOES, | ) | |
| | ) | |
| Plaintiffs, | ) | 8:04CV199 |
| | ) | |
| vs. | ) | |
| | ) | |
| RENT A CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Joint Motion to Quash or for Protective Order (Filing No. 118 in case no. 8:03cv80) by plaintiff Frank Mensah, attorneys Dan Welch and Dan Allen, and the Welch Law Firm, P.C. Upon consideration,

**IT IS ORDERED:**

A telephone conference with the undersigned magistrate judge will be held on **August 24, 2005, at 3:15 p.m. Central Standard Time** for the purpose of reviewing the pending motion. Counsel for plaintiff Frank Mensah shall initiate the telephone conference.

DATED this 22nd day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge