**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **FRANK MENSAH,** | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **8:03CV80** |
| | ) | |
| **RENT-A-CENTER, INC.,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| **TAJI GLASS,** | ) | |
| **JOHN DOES and JANE DOES,** | ) | |
| | ) | |
| Plaintiffs, | ) | **8:04CV199** |
| | ) | |
| vs. | ) | |
| | ) | |
| **RENT A CENTER,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Joint Motion to Quash or for Protective Order (Filing No. 118 in case No. 8:03CV80) by plaintiff Frank Mensah, attorneys Dan Welch and Dan Allen, and the Welch Law Firm, P.C. Based upon a telephone conference with all counsel on the joint motion, and after hearing all arguments, the court finds the joint motion should be denied because any attorney-client privilege was waived by Frank Mensah during his deposition. Further, Frank Mensah listed attorney Paul Allen as a witness thereby subjecting Paul Allen to being deposed by defendant. Accordingly both attorneys, Welch and Allen, may testify under the Code of Professional Responsibility.

Upon consideration,

**IT IS ORDERED:**

The Joint Motion to Quash or for Protective Order (Filing No. 118 in case No. 8:03CV80) by plaintiff Frank Mensah, attorneys Dan Welch and Dan Allen, and the Welch Law Firm, P.C. is denied.

DATED this 24th day of August, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge