# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANK MENSAH, | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:03CV80 |
| | ) | |
| RENT-A-CENTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| TAJI GLASS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 8:04CV199 |
| | ) | |
| vs. | ) | |
| | ) | |
| RENT A CENTER, | ) | |
| | ) | |
| Defendant. | ) | |

These matters are before the court on the plaintiffs' Motion to Extend (Filing No. 142 in case number 8:03CV80; Filing No. 152 in case number 8:04CV199). The plaintiffs seek an extension of time to September 19, 2005, within which to file their briefs and evidence in opposition to the defendant's Motion for Summary Judgment. The plaintiffs cite a scanner problem as necessitating such extension. Upon consideration and for good cause shown,

**IT IS ORDERED:**

The plaintiffs' motions for an extension of time (Filing No. 142 in case number 8:03CV80; Filing No. 152 in case number 8:04CV199) are granted.

DATED this 19th day of September, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge