IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANK MENSAH, | ) | |
| | ) | 8:03CV80 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RENT A CENTER, | ) | |
| | ) | 8:04CV199 |
| Defendant. | ) | |
| _____ | ) | |
| TAJI GLASS, | ) | ORDER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RENT A CENTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court on the Defendant's Motion for Extension. The Defendant seeks an extension of time to October 10, 2005, to file its Reply Briefs in response to Plaintiffs' Briefs in Opposition to Defendant's Motions for Summary Judgment.

**IT IS ORDERED:**

1. The Defendant's Motion for Extension is granted.

2. The Defendant shall have to on or before October 10, 2005, to respond to Plaintiffs' Briefs in Opposition to Defendant's Motions for Summary Judgment.

Dated this 26th day of September, 2005.

BY THE COURT:

s/ Joseph F. Bataillon
UNITED STATES DISTRICT JUDGE