IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANK MENSAH, ) | | |
| ) | | 8:03CV80 |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| RENT A CENTER, ) | | |
| ) | | 8:04CV199 |
| Defendant. ) | | |
| ) | | |
| _____ ) | | |
| TAJI GLASS, JOHN DOES AND JANE ) | | ORDER |
| DOES, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| vs. ) | | |
| ) | | |
| RENT A CENTER, ) | | |
| ) | | |
| Defendant. ) | | |

Upon notice of settlement given to the undersigned judge on January 23, 2006, by plaintiffs' counsel,

IT IS ORDERED that:

1.  The parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court which will fully dispose of the above cases and provide a copy to the undersigned judge **on or before February 10, 2006**. If the cases are being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a)(1)(ii) and shall state whether the dismissal is with or without prejudice.

2.  Absent compliance with this order, the above cases (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1;

    3.    All pending motions are denied as moot.

    3.    The pretrial conference and trial previously scheduled are canceled upon the representation that the cases are settled.

DATED this 23rd day of January, 2006.

                BY THE COURT:

                s/Joseph F. Bataillon
                JOSEPH F. BATAILLON
                United States District Judge